UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEE EVERETT NICHOLS,<br><br>Plaintiff,<br><br>v.<br><br>ST. CLAIR COUNTY JAIL, RICHARD J. WATSON, MAJOR MCLAURIN, DR. LARSON, and NURSE DEBBRA,<br><br>Defendants. | Case No. 18-cv-572-JPG-RJD |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 35) of Magistrate Judge Reona J. Daly recommending that the Court dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for plaintiff Lee Everett Nichols' failure to prosecute this case.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file—and notes that the Report sent to Nichols was returned as undeliverable—and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 35);

- **DISMISSES** this case **with prejudice** pursuant to Rule 41(b) for failure to prosecute; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   July 8, 2019**

                                      s/ J. Phil Gilbert
                                      **J. PHIL GILBERT**
                                      **DISTRICT JUDGE**