UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEE EVERETT NICHOLS,<br><br>Plaintiff,<br><br>v.<br><br>ST. CLAIR COUNTY JAIL, RICHARD J. WATSON, MAJOR MCLAURIN, DR. LARSON, and NURSE DEBBRA,<br><br>Defendants. | Case No. 18-cv-572-JPG-RJD |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: July 8, 2019**

**MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:** s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**